CHARLES HARRIS v. OWENS–ILLINOIS, INC.

February 9, 1981.

Cross-petition for certification denied.

BIOCRAFT LABORATORIES, INC. v. PLANNING BOARD
OF THE BOROUGH OF WALDWICK.

February 9, 1981.

Petition for certification denied.

MARGARET MARIE TITUS v. MEDICAL CENTER
AT PRINCETON.

February 9, 1981.

Petition for certification denied.

CITY OF HACKENSACK v. HACKENSACK FIRE
FIGHTERS ASSOCIATION.

February 9, 1981.

Petition for certification denied.